**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     William M. Dunn v. Jesus Lara Hernandez, Enrique Caballero III and Yessenia C. Caballero

Appellate case number:  01-19-00832-CV

Trial court case number:  1136391

Trial court:           County Civil Court at Law No. 2 of Harris County

     Appellees, Jesus Lara Hernandez, Enrique Caballero III, and Yessenia C. Caballero, have filed a second motion for extension of time in which to file their brief. Appellees' motion is **granted in part.** Appellees' brief is due on **May 26, 2020**.

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                      Acting individually

Date: April 23, 2020